```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    GILBERTO GRANADOS IBANEZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,    )
12                               )   Case No. 2:08-cr-00503-MCE
                Plaintiff,       )
13                               )   STIPULATION AND ORDER
            v.                   )
14                               )   DATE: December 4, 2008
    GILBERTO GRANADOS IBANEZ,    )   TIME: 9:00 a.m.
15                               )   JUDGE: Hon. Morrison C. England Jr.
                Defendant.       )
16                               )
    _____)
17
```

18    It is hereby stipulated and agreed to between the United States of
19  America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant,
20  GILBERTO GRANADOS IBANEZ by and through his counsel, BENJAMIN GALLOWAY,
21  Assistant Federal Defender, that the status conference set for
22  Thursday, December 4, 2008 be continued to Thursday, January 8, 2009 at
23  9:00 a.m..
24    The reason for this continuance is to allow defense counsel
25  additional time to review discovery with the defendant, to examine
26  possible defenses and to continue investigating the facts of the case.
27    Speedy trial time is to be excluded from the date of this order
28  through the date of the status conference set for January 8, 2009

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).

4  DATED: December 1, 2008            Respectfully submitted,
                                      DANIEL J. BRODERICK
5                                     Federal Defender

6                                     /S/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
7                                     Assistant Federal Defender
                                      Attorney for Defendant
8                                     GILBERTO GRANADOS IBANEZ

10 DATED: December 1, 2008            McGREGOR W. SCOTT
                                      United States Attorney
11
                                      /s/ Benjamin Galloway for
12                                    ROBIN TAYLOR
                                      Assistant U.S. Attorney
13                                    Attorney for Plaintiff

### **O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including January 8, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: December 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE