1  LAWRENCE G. BROWN
   Acting United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cr-00503 MCE |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| GILBERTO GRANADOS IBANEZ, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Gilberto Granados Ibanez, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 982(a)(6)(A)(ii)(I) and (II), 982(a)(2)(B) and 982(a)(6), defendant Gilberto Granados Ibanez's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) Hewlett Packard desktop computer;

    b) Sony Cyber-Shot camera;

    c) Hewlett Packard Office Jet printer;

| | |
|---|---|
| 1 |           d) Oki Printer C5500; |
| 2 |           e) Gateway 17" monitor; |

d) Oki Printer C5500;

e) Gateway 17" monitor;

f) HP Pavilion computer;

g) Toshiba lap top; and

h) Approximately $4,990 in U.S. Currency.

2. The above-listed property constitutes property, real or personal, that was derived from or traceable to proceeds obtained directly or indirectly, or was property used or intended to be used to facilitate the commission of a violation of 18 U.S.C. §§ 1546(a) and 1028(a)(3).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Department of Homeland Security, Customs and Border Protection's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than

the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(6)(A)(ii)(I) and (II), 982(a)(2)(B) and 982(a)(6) in which all interests will be addressed.

IT IS SO ORDERED.

Dated: March 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE