```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00503 MCE |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| GILBERTO GRANADOS IBANEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about March 20, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(6)(A)(ii)(I) and (II), 982(a)(2)(B) and 982(a)(6), based upon the plea agreement entered into between plaintiff and defendant Gilberto Granados Ibanez forfeiting to the United States the following property:

   a) Hewlett Packard desktop computer;

   b) Sony Cyber-Shot camera;

   c) Hewlett Packard Office Jet printer;

   d) Oki Printer C5500;

   e) Gateway 17" monitor;

   f) HP Pavilion computer;

1     g) Toshiba lap top; and

2     h) Approximately $4,990 in U.S. Currency.

3     AND WHEREAS, beginning on March 25, 2009, for at least 30
4 consecutive days, the United States published notice of the Court's
5 Order of Forfeiture on the official internet government forfeiture
6 site www.forfeiture.gov.  Said published notice advised all third
7 parties of their right to petition the Court within sixty (60) days
8 from the first day of the publication for a hearing to adjudicate
9 the validity of their alleged legal interest in the forfeited
10 property;

11     AND WHEREAS, the Court has been advised that no third party has
12 filed a claim to the subject property, and the time for any person
13 or entity to file a claim has expired.

14     Accordingly, it is hereby ORDERED and ADJUDGED:

15     1.  A Final Order of Forfeiture shall be entered forfeiting to
16 the United States of America all right, title, and interest in the
17 above-listed property pursuant to 18 U.S.C. §§ 982(a)(6)(A)(ii)(I)
18 and (II), 982(a)(2)(B) and 982(a)(6), to be disposed of according to
19 law, including all right, title, and interest of Gilberto Granados
20 Ibanez.

21     2.  All right, title, and interest in the above-listed property
22 shall vest solely in the name of the United States of America.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1      3.   The Department of Homeland Security, Customs and Border
2 Protection shall maintain custody of and control over the subject
3 property until it is disposed of according to law.

 Dated: July 14, 2009

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE